696

Joseph P. STORY and Rose Mezzano, Appellants, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, Appellee.

No. 75, Docket 20743.

Circuit Court of Appeals, Second Circuit.

Nov. 26, 1947.

Charles T. Weintraub and Weintraub & Fass, all of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion below, 74 F.Supp. 670.

William A. CARMICHAEL, District Director, Immigration and Naturalization Serv'ce, United States Department of Justice, District 16, Appellant, v. WONG CHOON HOI, Appellee.

No. 11668.

Circuit Court of Appeals, Ninth Circuit.

Dec. 29, 1947.

James M. Carter, U. S. Atty., and Ronald Walker, Asst. U. S. Atty., both of Los Angeles, Cal. (Bruce G. Barber, Chief, Dist. Adjudications Div., Immigration and Naturalization Service, of Los Angeles, Cal., on the brief), for appellant.

Benjamin W. Henderson, of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and BONE, Circuit Judges.

PER CURIAM.

Appellant is not a proper party to bring this appeal.

Accordingly, the appeal is dismissed.

Suzanne Fitzgerald FAWCETT, Geraldine Fawcett Callaghan, Geraldine Fitzgerald Callaghan, as Executrix of the Last Will and Testament of Gerald Fitzgerald, Deceased, and Edward F. Treadwell, Administrator of the Estate of Lillian Ryan Fitzgerald, Deceased, Appellants, v. UNITED STATES of America, Appellee.

No. 11651.

Circuit Court of Appeals, Ninth Circuit.

Dec. 30, 1947.

Reginald S. Laughlin, of San Francisco, Cal., and E. F. Treadwell, of San Francisco, Cal., for appellant.

Theron L. Caudle, Asst. Atty. Gen., Sewall Key, Lee A. Jackson, S. Dee Hanson, S. Walter Shine, and Ellis N. Slack, Sp. Assts. Atty. Gen., and Frank J. Hennessy, U. S. Atty., and William E. Licking, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before MATHEWS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

Upon the authority of Jones v. Liberty Glass Co., 68 S.Ct. 229, and Kavanaugh v. Noble, 68 S.Ct. 235, decided December 22, 1947, the judgment of the District Court, 70 F.Supp. 742, here appealed from is affirmed.